**No. 11-5048. Curtis Carroll, Petitioner v. George M. Galaza, Warden.**

565 U.S. 887, 132 S. Ct. 263, 181 L. Ed. 2d 153, 2011 U.S. LEXIS 5867.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 414 Fed. Appx. 65.